UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HOMELAND INSURANCE COMPANY OF NEW YORK,<br><br>Plaintiff,<br><br>v.<br><br>ABC FIRE CONTROL, INC. and KEVIN HAMILTON d/b/a RESTAURANT EQUIPMENT SERVICES a/k/a RESTAURANT EQUIPMENT SOLUTIONS,<br><br>Defendants. | NO: 2:17-CV-0051-TOR<br><br>ORDER OF DISMISSAL |

BEFORE THE COURT is Plaintiff's Motion for Voluntary Dismissal (ECF No. 10). Plaintiff represents that this matter may be dismissed without prejudice because a Defendant has raised a valid defense to federal diversity jurisdiction and the matter has been filed in the Chelan County Superior Court.

ORDER OF DISMISSAL ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and the Plaintiff's motion, this matter is **DISMISSED** without prejudice.

2. All pending motions are DENIED as moot and all hearing dates stricken from the Court's calendar.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** April 6, 2017.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL ~ 2